JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROUSH INDUSTRIES, INC., a Michigan corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GATIK AI INC., a Delaware corporation,<br><br>　　　　Defendant. | Case No.: 2:23-cv-08782-MWF(RAOx)<br><br>ORDER OF DISMISSAL |

Upon review of the parties' Stipulated Dismissal (Docket No. 31), and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that all claims asserted by Plaintiff against Defendant in the above-captioned action are DISMISSED with prejudice, with each side to bear its own attorneys' fees and costs.

Dated:  April 19, 2024

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　United States District Judge